IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                                )<br>            Plaintiff,                  )<br>                                                )<br>vs.                                           )<br>                                                )<br>ANNDRIKA TISI,                    )<br>                                                )<br>            Defendant.              )<br>                                                ) | 06-04383MP-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating allegations "B", "C" and "D" as contained in the petition to revoke probation.

IT IS ORDERED revoking the defendant's probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **TIME SERVED.**

IT IS FURTHER ORDERED that allegation "A" of the petition to revoke probation is dismissed.

DATED this 31st day of May, 2007.

_____
Mark E. Aspey
United States Magistrate Judge